IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 02 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Ashley Hammond,
Markaya Spikes,
Vanessa Trinidad

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- The City of Oakland,
Libby Schaaf, Joe DeVries,
Dept of Public Works, Dept of
Human Services, Oakland
Police Dept & Does 1-10

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. C20-1533   RS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

⑤ IFP
NP

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | Plaintiff 1 | Plaintiff 2 | Plaintiff 3 |
|---|---|---|---|
| Name | Ashley Hammond | Markaya Spikes | Vanessa Trinidad |
| Mailing Address | 35244 Severn Dr | 2218 Acton St | 25408 Calaroga Ave |
| City and County | Newark, Alameda | Berkeley, Alameda | Hayward, Alameda |
| State and Zip Code | CA 94560 | CA 94702 | CA 94545 |
| Telephone Number | 510.458.8045 | 510-479-2548 | 510-980-2469 |
| E-mail Address | a.hammond0183@gmail.com | Homelessmom1@gmail.com | trinidad.vt@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: The City of Oakland
Job or Title: A Subdivision of the State of CA (if known)
Street Address: 1 Frank Ogawa Plaza
City and County: Oakland, Alameda County
State and Zip Code: CA 94612
Telephone Number: 510.238.3001
E-mail Address: _____ (if known)

2

**Defendant No. 2**

Name: Libby Schaaf
Job or Title: Mayor (if known)
Street Address: 1 Frank Ogawa Plaza
City and County: Oakland, Alameda County
State and Zip Code: CA 94612
Telephone Number:
E-mail Address: LSchaaf@oaklandnet.com (if known)

**Defendant No. 3**

Name: Joe DeVries
Job or Title: Asst. to City Administrator (if known)
Street Address: 1 Frank Ogawa Plaza
City and County: Oakland, Alameda County
State and Zip Code: CA 94612
Telephone Number: 510.238.3083
E-mail Address: jdevries@oaknet.com. (if known)

**Defendant No. 4**

Name: Dept of Public Works
Job or Title: (if known)
Street Address: 250 Frank H Ogawa Plaza #4314
City and County: Oakland, Alameda County
State and Zip Code: CA 94612
Telephone Number: 510.615.5566
E-mail Address: (if known)

Defendant #5: Dept of Human Services
150 Frank Ogawa Plaza
Oakland CA 94612
510.238.3121

Defendant #6 Oakland Police Dept
455 7th St.
Oakland CA 94607
510.777.3333

3

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th, 4th & 14th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The City & its agents listed as defendants are using their power to criminalize us, traumatize us & harm us. They are not following their own encampment management policies in relation to treatment of our personal property; they are not abiding by Martin vs. Boise, Pottinger vs. Miami, Lehman vs. Los Angeles or Jones vs. Los Angeles. What they have been doing since last year is abusive. They have no right to abuse & harm

4

OPD enforces the intimidation tactics. OPD also work with tow companies to take our vehicles and homes on wheels; Public works destroys & throws out our property, Rushes us w/ bullying tactics & an on the police.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Oakland CA, Alameda County

B. What date and approximate time did the events giving rise to your claim(s) occur?

from January 2019 to present day

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The city does not follow its own policies. They are threatening to take what little safety & stability we have created for ourselves as homeless women with children. and completely devastate us. with the loss of our tiny homes & trailer, & personal property. We have been dealing with multiple occasions of of the destruction of our homes & property loss since last year. We have no where to go & the city has not offered anywhere we can go that we qualify for or that is adequate for our specific needs. For two of us they waited last week to do an

[Margin note, right side:] Intake process for a possible Lemon location, which not only is not guaranteed but it's only Lemontops. Joe DeVries oversees this entire situation as an agent of the Mayor. The different department directions & Relocation the Plan. Human services oversees the execute

5

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

if we are forced to move without an offer of adequate shelter, without a place to relocate our tiny homes or trailer we will be on the streets with nkena our children with not even a tent. We do not want a tent. We want to keep our safe homes. if public works refuses to bag & tag ~~our~~ & store our property again, we will be left not only without a home, but with absolutely nothing. We believe this could lead to irreparable injury, including illness, mental health issues & even death.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We seek injunctive relief enjoining all defendants & their agents from taking our homes & trailer, from destroying our property, from arresting us, from seperating us from our children until they follow their own policies in regards to our personal property & until they find us adequate shelter we qualify for that leads into guaranteed permanent housing or until they find us a safe location to relocate our dwellings while they help us find guaranteed permanent housing.

[Left margin, rotated:] we want the city to stop using such a large police force when dealing with us. we want the city to support & help us rather than traumatize, criminalize & harm us & our families.

6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/1, 2020

Signature of Plaintiff _Markaya Spikes / Trinidad_

Printed Name of Plaintiff _Markaya Spikes / Vanessa Trinidad_
_Ashley Hammond_
_Ashley E. H_____

7